PAUL L. MALONEY, District Judge,
concurring.
I fully concur with Judge White’s opinion. I write separately to join Judge Gibbons’ poignant observations concerning the Department of Justice’s litigation stance in the instant cases.
Mr. Lusingo was granted asylum by the BIA nearly six years ago. Surely, the mere happenstance that appellants remained in Michigan and Lusingo moved to the Commonwealth of Pennsylvania ought make no difference on a matter as grave as nearly identical asylum petitions. Perkovic v. I.N.S., 33 F.3d 615, 621 (6th Cir.1994). Recognizing that these decisions are solely reserved to the sound exercise of discretion of the Executive Branch, so it is.